**Order entered August 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00714-CV

### IN THE INTEREST OF I.H.J., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-11128**

## ORDER

By letter dated July 15, 2019, we informed appellant his brief was deficient and instructed him to file, within ten days, an amended brief correcting the noted deficiencies. Appellant did not comply.

Before the Court is appellant's August 14, 2019 "Motion to Set Aside Default Judgment and Notice of Hearing." We **DENY** the motion. On the Court's own motion, we extend the time for appellant to file an amended brief correcting the deficiencies noted in this Court's July 15th letter. Appellant shall file his amended brief by **September 6, 2019**. We caution appellant that failure to file his amended brief that corrects the deficiencies by September 6, 2019 may result in dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

/s/     ERIN A. NOWELL
        JUSTICE